PUBLIC ENTITY FILING

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HARDY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ORANGE, et al.,<br><br>　　　　Defendants. | CASE NO.: SACV14-01146 CJC (DFMx)<br><br>**Assigned for All Purposes to:**<br>HON. CORMAC J. CARNEY<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL OF CASE<br><br>DEPT.: 9B<br>COMPLAINT FILED: May 9, 2013<br>REMOVED: July 21, 2014<br>TRIAL DATE: None Set |

　　The Court having considered the Stipulation for Dismissal of the action hereby dismisses the entire action brought by Plaintiff, Eric Hardy against all defendants with prejudice.

Dated: August 8, 2014

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT

1